

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EL PASO COMMUNITY MHMR D/B/A EMERGENCE HEALTH NETWORK AND EMERGENCE HEALTH NETWORK, | § § § § | No. 08-18-00183-CV<br><br>Appeal from the<br><br>327th District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2018-DCV-0919) |
| DIANA BILLINGSLEY, | § | |
| Appellee. | § | |

## <u>MEMORANDUM OPINION</u>

The parties have filed a joint motion to lift the abatement and dismiss the appeal because the parties have settled the dispute between them.  *See* TEX.R.APP.P. 42.1(a)(2).  The appeal is reinstated.  Further, we grant the motion and dismiss the appeal.  Pursuant to the parties' agreement, costs of the appeal are taxed against the party incurring same.  TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

May 24, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.